UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 23-73** |
| **JEROME SCOTT LYONS** | **SECTION: "P"** |

### ORDER AND REASONS

Before the Court is a Motion for Dismissal Without Prejudice filed by the United States of America ("Government").[1] The Government requests leave of court to dismiss the indictment against Defendant Jeremy Scott Lyons without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Although Rule 48(a) requires leave of court for the Government to dismiss an indictment, the Fifth Circuit has instructed that "the exercise of [the Government's] discretion with respect to the termination of pending prosecutions should not be judicially disturbed unless clearly contrary to manifest public interest."[2] Upon consideration of the record before it, the Court concludes dismissal of the indictment against Defendant Lyons is not clearly contrary to manifest public interest, and therefore, the Government's motion for dismissal without prejudice should be granted. Accordingly,

**IT IS ORDERED** that the Government's Motion for Dismissal Without Prejudice (R. Doc. 42) is **GRANTED**, and the Indictment against Jeremy Scott Lyons (R. Doc. 20) is hereby **DISMISSED WITHOUT PREJUDICE**.

---

[1] R. Doc. 42.
[2] *U.S. v. Cowan*, 524 F.2d 504, 513 (5th Cir. 1975).

**IT IS FURTHER ORDERED** that Defendant Jeremy Scott Lyons's Motion to Dismiss Indictment (R. Doc. 30) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 15th day of August, 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**